Logan M. Elliott (SBN 268105)
lelliott@willkie.com
Marina A. Torres (SBN 259576)
mtorres@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Michael J. Gottlieb (*Pro hac vice forthcoming*)
mgottlieb@willkie.com
Samuel Hall (*Pro hac vice forthcoming*)
shall@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1442
Facsimile: (202) 303-2000

Attorneys for Plaintiffs Patrick McKillen
and Hume Street Management Consultants Limited

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick McKillen and Hume Street Management Consultants Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Sheikh Hamad Bin Khalifa Bin Hamad Bin Abdullah Bin Jassim Bin Mohammed Al Thani, Sheikh Hamad Bin Jassim Bin Jaber Bin Mohammed Bin Thani Al Thani, Sheikha Lulwah Bint Hamad Bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, Beverly Hills Acquisition LLC,<br><br>Defendants. | CASE NO.: 2:25-cv-03545<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Pursuant to Local Rule 83-1.4, Plaintiff Hume Street Management Consultants Limited ("HSMC"), through its counsel, hereby notifies this Court of the following related cases:

1. *Hume St. Mgmt. Consultants Ltd. v. Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani et al.*, Case No. 22SMCV02646 (L.A. Super. Ct.), filed on December 12, 2022 (the "2022 California Action");

2. *Hume St. Mgmt. Consultants Ltd. v. Tower Mgmt. Holdings LLC et al.*, No. 652410/2024 (N.Y. Sup. Ct. N.Y. Cnty.), filed on May 9, 2024 (the "New York Action"); and

3. *In re McKillen*, Case No. 2:24-MC-00062-JFW-PD (C.D. Cal.), filed on May 6, 2024 (the "Section 1782 Action").

Plaintiffs file the above-captioned action under the Federal Racketeer Influenced And Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964 (the "RICO Action"), to recover millions of dollars out of which Plaintiffs have been defrauded and cheated through a fraudulent scheme carried out and participated in by Defendants and effectuated through an enterprise of related individuals and entities (the "Al Thani Enterprise").

The RICO Action, 2022 California Action, and New York Action are based on many of the same facts.

In the 2022 California Action, on December 12, 2022, Plaintiff HSMC filed a complaint against Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani ("Sheikh Hamad bin Khalifa"), Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani ("Sheikh Hamad bin Jassim"), Sheikha Lulwah bint Hamad bin Khalifa Al Thani ("Sheikha Lulwah"), Dilmon Services (U.K.) Limited, Maybourne Hotels Limited, Beverly Hills Acquisition LLC, Beverly Hills Mezzanine LLC, Coroin Beverly Hills Properties Inc., Coroin Beverly Hills Holdings Limited, Coroin Limited Investment, Regis

1  Investment SA, and ten fictitious defendants in the Superior Court of the State of
2  California, Los Angeles County (the "2022 California Complaint").[1] The 2022
3  California Complaint included claims for breach of contract, account stated,
4  quantum meruit, promissory estoppel, and unjust enrichment and sought
5  remuneration owed by the defendants therein to Plaintiff HSMC related to the
6  management and redevelopment of a Qatari-owned hotel in California, the
7  Maybourne Beverly Hills (the "Maybourne Beverly Hills Project"). The 2022
8  California Action has been stayed pending appeal of the court's ruling denying
9  the motion of defendant Beverly Hills Acquisition LLC to compel arbitration.

10      As described in detail in the complaint underlying the RICO Action (the
11  "Complaint"), the Maybourne Beverly Hills Project serves as a mechanism
12  through which the Al Thani Enterprise effectuated one of its frauds against
13  Plaintiffs as part of its wide-ranging scheme to cheat Plaintiffs out of their
14  resources and labor and through which Plaintiffs suffered injury in California
15  (defined therein as the "California Fraud").

16      In the New York Action, on May 9, 2024, plaintiff HSMC filed a complaint
17  against Tower Management Holdings LLC and Qaya Limited[2] in the Supreme
18  Court of New York, New York County, bringing claims for unjust enrichment
19  (the "New York Complaint"). The New York Complaint sought damages to

---

[1] Defendants Sheikh Hamad bin Khalifa, Sheikha Lulwah, Dilmon Services (U.K.) Limited, Maybourne Hotels Limited, Beverly Hills Acquisition LLC, Beverly Hills Mezzanine LLC, Coroin Beverly Hills Properties Inc., Coroin Beverly Hills Holdings Limited, Coroin Limited, and Regis Investment SA are represented therein by Marvin S. Putnam and Jessica Stebbins Bina of Latham & Watkins LLP (10250 Constellation Blvd. Suite 1100, Los Angeles, California 90067; (424) 653-5500). Sheikh Hamad bin Jassim is represented by Jason D. Russell and Adam K. Lloyd of Skadden, Arps, Slate, Meagher & Flom LLP (300 South Grand Avenue, Suite 3400, Los Angeles, California 90071; (213) 687-5000). Plaintiff HSMC is represented by Brad D. Brian, Laura D. Smolowe, Craig Jennings Lavoie, and Tiana S. Baheri of Munger, Tolles & Olson LLP (350 South Grand Avenue, Fiftieth Floor, Los Angeles, California 90071-3426; (213) 683-9100).

[2] Qaya Limited is an entity through which Sheikh Hamad bin Jassim's agents provide relevant services to him.

compensate Plaintiff HSMC for work performed on a residence for Sheikh Hamad bin Jassim in New York (the "New York Project").[3] The parties have briefed defendants' motion to dismiss the New York Complaint.

As described in detail in the Complaint, the New York Project also serves as the mechanism through which the Al Thani Enterprise effectuated one of its frauds against Plaintiffs as part of its wide-ranging scheme to cheat Plaintiffs out of their resources and labor (defined therein as the "New York Fraud").

In the Section 1782 Action, on May 6, 2024, applicants Patrick McKillen and HSMC filed an ex parte application seeking discovery from Sheikh Hamad bin Jassim under 28 U.S.C. § 1782 in support of a foreign proceeding brought by HSMC against a company beneficially owned by Sheikh Hamad bin Jassim and currently pending in front of the Paris Commercial Court (the "French Proceeding").[4] In the French Proceeding, HSMC seeks remuneration owed by a company beneficially owned by Sheikh Hamad bin Jassim to HSMC related to the development of a luxury hotel at 231, Boulevard Saint-Germain in Paris, France (the "Saint-Germain Project"). The discovery application was granted on August 5, 2024. A hearing for respondent's motion to quash the subpoenas was initially scheduled for January 31, 2025, but is currently being re-set.[5]

---

[3] Plaintiff HSMC is represented by Bennet J. Moskowitz of Troutman Pepper Hamilton Sanders LLP (875 Third Avenue, New York, New York 10022; (212) 704-6000). Defendants Tower Management Holdings LLC and Qaya Limited are represented by William R. Fried and Jared D. Newman of Herrick, Feinstein LLP (Two Park Avenue, New York, New York 10016; (212) 592-5957).

[4] Though the Section 1782 Action is a discovery action, out of an abundance of caution, we list it here.

[5] Respondent Sheikh Hamad bin Jassim is represented by Jason D. Russell and Adam K. Lloyd of Skadden, Arps, Slate, Meagher & Flom LLP (300 South Grand Avenue, Suite 3400, Los Angeles, California 90071; (213) 687-5000). Applicants HSMC and Patrick McKillen are represented by the above-captioned attorneys at Willkie Farr & Gallagher LLP.

As described in detail in the Complaint, the Saint-Germain Project also serves as a mechanism through which the Al Thani Enterprise effectuated one of its frauds against Plaintiffs as part of its wide-ranging scheme to cheat Plaintiffs out of their resources and labor (defined therein as the "Saint-Germain Fraud").

Plaintiffs therefore submit to this Court that the RICO Action involves a material part of the subject matter of the 2022 California Action, New York Action, and Section 1782 Action.

Dated: April 22, 2025

**WILLKIE FARR & GALLAGHER LLP**

/s/ Logan M. Elliott
Logan M. Elliott
Marina A. Torres
Michael J. Gottlieb (*Pro hac vice forthcoming*)
Samuel Hall (*Pro hac vice forthcoming*)

*Attorneys for Plaintiffs*