Michael J. Gottlieb (*Admitted pro hac vice*)
mgottlieb@willkie.com
Samuel G. Hall (*Admitted pro hac vice*)
shall@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

Marina A. Torres (SBN 259576)
mtorres@willkie.com
Logan M. Elliott (SBN 268105)
lelliott@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Attorneys for Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick McKillen and Hume Street Management Consultants Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, and Beverly Hills Acquisition LLC,<br><br>Defendants. | Case No. 2:25-cv-03545-MCS-AGR<br><br>Hon. Mark C. Scarsi<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I) WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited (together, "Plaintiffs"), give notice that all claims brought in the above-captioned lawsuit against Defendants Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, and Beverly Hills Acquisition LLC (collectively, "Defendants") are hereby voluntarily dismissed without prejudice.

Notice of this dismissal is proper, as none of the Defendants have served an answer or a motion for summary judgment here. No court order is required in connection with this notice of dismissal. *See* FED. R. CIV. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."); *Won v. ReconTrust Company, N.A.*, Case No. 2:21-cv-08898, 2022 WL 1096426, at *1 n.1 (C.D. Cal. Mar. 30, 2022) (Scarsi, J.) ("The voluntary dismissal is effective without a court order.") (citing FED. R. CIV. P. 41(a)(1)(A)(i)); *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) ("We agree with the First, Third, Fifth, and Eighth circuits that Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment.").

Plaintiffs have received evidence of additional, recent misconduct relating to the schemes alleged in the Complaint, and they intend to re-file an action with

///

///

additional parties and claims. The investigation into these new allegations, however, remains ongoing.

| | |
|---|---|
| Dated: July 18, 2025 | **WILLKIE FARR & GALLAGHER LLP** |
| | /s/ *Samuel G. Hall* |
| | Samuel G. Hall (*Admitted pro hac vice*) |
| | Michael J. Gottlieb (*Admitted pro hac vice*) |
| | Marina A. Torres |
| | Logan M. Elliott |
| | |
| | *Attorneys for Plaintiffs* |